UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for the Debtor**

In Re:

**Andrea L. White**

Debtor

Order Filed on August 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-17662-VFP

Adv. No.:

Hearing Date:

Judge: Papalia

## ORDER APPROVING SETTLEMENT

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: August 9, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**
Debtor:             Andrea L. White
Case No.:           17-17662-VFP
Caption of Order:   Order Approving Settlement

---

Upon consideration of Debtor's motion for an order approving settlement and good cause appearing therefore, it is hereby

**ORDERED** that the settlement of Debtor's personal injury matter* be and the same is hereby approved; and it is

**FURTHER ORDERED** that the settlement's net proceeds of $10,648.00, shall be remitted directly to the Debtor.

*on the terms set forth in the motion