| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | Order Filed on June 28, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |
|---|---|
| RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone No.: 973-575-0707<br>Attorneys for Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | CASE NO.: 17-17662-VFP |
| In Re:<br><br>ANDREA L. WHITE,<br><br>    Debtors. | CHAPTER 13<br><br>HEARING DATE: June 21, 2018<br><br>JUDGE: Vincent F. Papalia |

### AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: June 28, 2018**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2

Secured Creditor: Nationstar Mortgage LLC

Secured Creditor's Counsel: RAS Citron, LLC

Debtor's Counsel: Scott E. Tanne, Esq.

Property Involved ("Collateral"): 90 Tuxedo Parkway Newark, NJ 07106

Relief sought:
- ■ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ■ The Debtor is overdue for 2 months, 05/01/2018 through 06/01/2018.

    ■ The Debtor is overdue for 2 payments, 05/01/2018 through 06/01/2018 in the amount of $1,081.34.

    ☐ The Debtor is assessed for _____ late charges at $_____ per month.

    Funds Held In Suspense ($51.92).

    Total Arrearages Due $2,110.76.

2. Debtor must cure all post-petition arrearages, as follows:

    ■ Beginning on 07/01/2018, regular monthly mortgage payments shall continue to be made in the amount of $1,081.34.

    ■ Beginning on 07/15/2018, additional monthly cure payments shall be made in the amount of $351.79 for 5 months, with a final payment in the amount of $351.81 shall be made no later than 12/15/2018.

3.  Payments to the Secured Creditor shall be made to the following address(es):

- Monthly Cure Payment: Nationstar Mortgage LLC
  PO Box 619094
  Dallas, Texas 75261-9741

- Regular Monthly Payment: Nationstar Mortgage LLC
  PO Box 619094
  Dallas, Texas 75261-9741

4.  In the event of Default:

- If the Debtor fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.  Award of Attorneys' Fees:

- The Applicant is awarded attorney fees of $350.00, and costs of $181.00.

  The fees and costs are payable:

  - Through the Chapter 13 plan.

  ☐ To the Secured Creditor within _____ days.

  ☐ Attorneys' fees are not awarded.

The undersigned hereby consent to the form and entry of the foregoing order.

/s/ *[signature]*
~~Scott E. Tanne, Esq.~~
*Attorney for Debtor(s)*
Date: 6/27/2018
Christine Curran, Esq.

/s/ *[signature]* Laura Egerman
Laura Egerman, Esq.
*Attorney for Secured Creditor*
Date: 06.27.2018

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 17-17662-VFP
Andrea L White                                                      Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Jun 29, 2018
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2018.
```
db             +Andrea L White,    90 Tuxedo Parkway,    Newark, NJ 07106-2823
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

```
               ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2018 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Scott E. Tanne    on behalf of Debtor Andrea L White info@tannelaw.com,
           tanne.ecf.email@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```