Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−17662−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Andrea L White
  90 Tuxedo Parkway
  Newark, NJ 07106

Social Security No.:
  xxx−xx−6972

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/15/19 at 10:00 AM

to consider and act upon the following:

**44** − Creditor's Certification of Default (related document:33 Motion for Relief from Stay re: for property located at 90 Tuxedo Parkway, Newark, New Jersey 07106. Fee Amount $ 181. filed by Creditor NATIONSTAR MORTGAGE LLC) filed by Laura M. Egerman on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 07/16/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Egerman, Laura)

**45** − Certification in Opposition to (related document:44 Creditor's Certification of Default filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Scott E. Tanne on behalf of Andrea L White. (Attachments: # 1 Exhibit # 2 Certificate of Service) (Tanne, Scott). For Signature See Related document(s) 46 Support filed by Debtor Andrea L White. Modified on 7/17/2019 (dmc).

Dated: 7/17/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court