| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Andrea L White<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6972<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–17662–VFP | |

# Order of Discharge                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Andrea L White

   3/22/21                                                    **By the court:** Vincent F. Papalia
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                       Case No. 17-17662-VFP
Andrea L White                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                      Page 1 of 4
Date Rcvd: Mar 22, 2021                       Form ID: 3180W                                   Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea L White, 90 Tuxedo Parkway, Newark, NJ 07106-2823 |
| cr | + | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 516769559 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 516769560 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 516769561 | ++ | FIRST JERSEY CREDIT UNION, ONE CORPORATE DRIVE, WAYNE NJ 07470-3112 address filed with court:, First Jersey Cu, 245 Diamond Bridge Ave, Hawthorne, NJ 07506 |
| 516769563 | + | First National Credit Card/Legacy, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 516769562 | + | First National Credit Card/Legacy, First National Credit Card, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 516769566 | | Lord & Taylor, ATN: Risk Management, PO BOX 2324, North Augusta, SC 29841 |
| 517559353 | + | Nationstar Mortgage, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 516769568 | | PSE&G, PO Box 14104, New Brunswick, NJ 08906 |
| 516769570 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 516769569 | | Selip & Stylianou LLP, 199 Crossways Park Drive, P.O Box 366, Woodbury, NY 11797-0366 |
| 516769582 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 516769586 | + | Wakefield & Associates, 612 Gay St, Knoxville, TN 37902-1603 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 23 2021 01:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 23 2021 01:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Mar 23 2021 00:38:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 516769553 | | EDI: CAPITALONE.COM | Mar 23 2021 00:38:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 516769552 | + | EDI: CAPITALONE.COM | Mar 23 2021 00:38:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516769556 | + | EDI: CITICORP.COM | Mar 23 2021 00:38:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 516769555 | + | EDI: CITICORP.COM | Mar 23 2021 00:38:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516769558 | + | EDI: WFNNB.COM | Mar 23 2021 00:38:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 516769557 | + | EDI: WFNNB.COM | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 23 2021 00:38:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 516769584 | | EDI: CITICORP.COM | | |
| | | | Mar 23 2021 00:38:00 | Visa Dept Store National Bank/Macy's, 9111 Duke Blvd, Mason, OH 45040 |
| 516769583 | | EDI: CITICORP.COM | | |
| | | | Mar 23 2021 00:38:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 516995208 | | EDI: Q3G.COM | | |
| | | | Mar 23 2021 00:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516769564 | | EDI: IRS.COM | | |
| | | | Mar 23 2021 00:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517000709 | | EDI: JEFFERSONCAP.COM | | |
| | | | Mar 23 2021 00:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516769565 | | EDI: JEFFERSONCAP.COM | | |
| | | | Mar 23 2021 00:43:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 516769554 | | EDI: JPMORGANCHASE | | |
| | | | Mar 23 2021 00:38:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516896165 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 22 2021 23:41:41 | LVNV Funding, LLC its successors and assigns as, assignee of Synchrony Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516988412 | + | EDI: MID8.COM | | |
| | | | Mar 23 2021 00:43:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516769567 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Mar 23 2021 01:40:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 517013203 | | EDI: PRA.COM | | |
| | | | Mar 23 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516994969 | | EDI: PRA.COM | | |
| | | | Mar 23 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 519070869 | + | Email/Text: bankruptcy@pseg.com | | |
| | | | Mar 23 2021 01:39:00 | PSE&G, PO Box 490, Attn: Bankruptcy Dept., Cranford, NJ 07016-0490 |
| 516888562 | + | Email/Text: bankruptcy@pseg.com | | |
| | | | Mar 23 2021 01:39:00 | PSE&G, PO Box 490, Cranford NJ 07016-0490 |
| 516960179 | | EDI: Q3G.COM | | |
| | | | Mar 23 2021 00:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516769571 | + | EDI: RMSC.COM | | |
| | | | Mar 23 2021 00:38:00 | Syncb/Toys 'R' Us, Po Box 965064, Orlando, FL 32896-5064 |
| 516769572 | + | EDI: RMSC.COM | | |
| | | | Mar 23 2021 00:38:00 | Syncb/Toys 'R' Us, Po Box 965005, Orlando, FL 32896-5005 |
| 516769573 | | EDI: RMSC.COM | | |
| | | | Mar 23 2021 00:38:00 | Synchrony Bank, PO Box 965015, Orlando, FL 32896-5004 |
| 516772647 | + | EDI: RMSC.COM | | |
| | | | Mar 23 2021 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516769574 | + | EDI: RMSC.COM | | |
| | | | Mar 23 2021 00:38:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516769575 | + | EDI: RMSC.COM | | |
| | | | Mar 23 2021 00:38:00 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 516769576 | + | EDI: RMSC.COM | | |
| | | | Mar 23 2021 00:38:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516769577 | + | EDI: RMSC.COM | | |
| | | | Mar 23 2021 00:38:00 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 22, 2021 | Form ID: 3180W | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 516769578 | + | EDI: RMSC.COM | Mar 23 2021 00:38:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516769579 | | EDI: RMSC.COM | Mar 23 2021 00:38:00 | Synchrony Bank/Walmart, Po Box 965024, El Paso, TX 79998 |
| 516840615 | + | Email/Text: bncmail@w-legal.com | Mar 23 2021 01:42:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516769581 | + | EDI: WTRRNBANK.COM | Mar 23 2021 00:38:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 516769580 | + | EDI: WTRRNBANK.COM | Mar 23 2021 00:38:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 516886875 | + | EDI: AIS.COM | Mar 23 2021 00:43:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516988250 | | Email/Text: bankruptcytn@wakeassoc.com | Mar 23 2021 01:40:00 | HIGHLAND PHYSICIAN SERVICES, WAKEFIELD AND ASSOCIATES, PO BOX 50250, KNOXVILLE,TN 37950-0250 |
| 516769585 | | Email/Text: bankruptcytn@wakeassoc.com | Mar 23 2021 01:40:00 | Wakefield & Associates, Attn: Bankruptcy, Po Box 50250, Knoxville, TN 37950 |

TOTAL: 40

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 22, 2021 | Form ID: 3180W | Total Noticed: 55 |

                magecf@magtrustee.com

Scott E. Tanne

                on behalf of Debtor Andrea L White ecf@tannelaw.com  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com

Sindi Mncina

                on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com

U.S. Trustee

                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8